UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 24-cv-22168-RKA

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants.
_____/

**PLAINTIFF'S CORRECTED[1] NOTICE OF STRIKING DOCKET ENTRY**

Plaintiff, XYZ CORPORATION ("Plaintiff"), by and through undersigned counsel, hereby files its Notice of Striking Docket Entry No. 6.

Respectfully Submitted this 27th day of June, 2024.

**LAW FIRM OF RUBIO & ASSOCIATES, P.A.**
Attorneys for Plaintiff
8950 SW 74 Ct., Suite 1804
Miami, Fl 33156
Telephone: (786) 220-2061
Facsimile: (786) 220-2062
Email: hrubio@rubiolegal.com
Email: frubio@rubiolegal.com
Email: info@rubiolegal.com

By:/s/ Humberto Rubio
Humberto Rubio, Jr., Esq.
Florida Bar No. 36433
Felipe Rubio, Esq.
Florida Bar No. 123059

---

[1] This filing corrects ECF No. 7, so that Plaintiff is striking ECF. No 6 as opposed to ECF No. 5.

1