UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22168-ALTMAN/Sanchez

**XYZ CORPORATION**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A**,

    *Defendants*.

_____/

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal as to Certain Defendants [ECF No. 18] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), informing the Court that it has dismissed this case as to "Avenue A Stores LLC" (Defendant No. 23 on Schedule A to the Amended Complaint [ECF No. 9-2]). Accordingly, we hereby **ORDER and ADJUDGE** that the claims against Defendant No. 23 are **DISMISSED** *without prejudice*. The Clerk of Court is directed to **TERMINATE** this Defendant from the case.

**DONE AND ORDERED** in the Southern District of Florida on July 25, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record